## JOHN C. ELROD v. W. GEO. ANDERSON ET AL.

**Parol Lease—Evidence to Sustain a Resulting Lien.**

Although a moral sub-lease from the lessee of minors, for the indefinite term of their minority was void, it is still available for protecting the sub-lessee's possession as a resulting lien for improvements made by him with the sanction of the lessee and agent of the infants in face of an assurance by them that he might enjoy the possession during said infancy.

**New Trial—Testimony of Absent Witnesses.**

Where an affidavit of defendant for a continuance manifests due dilligence in preparing for the defense, and shows that the testimony of his absent witnesses would be material for establishing his lien and the extent of it, a motion for a continuance should be sustained and where overruled, a new trial will be awarded by the appellate court.

APPEAL FROM JEFFERSON CIRCUIT COURT. COMMON PLEAS.

January 11, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

While the oral sub-lease to the appellant Elrod by Dupont the lessee of Anderson as agent of the infant owners for the indefinite term of their minority was not enforcible, still, being void, it is available for protecting the appellant's possession as a resulting lien for improvements (to an equitable extent) made by him with the sanction of both Anderson and Dupont in faith of an assurance that he might enjoy them during the said infancy.

The appellant's affidavit for a continuance manifests due diligence in preparing for his defense and shows that the testimony of his absent witnesses would be material for establishing his lien and the extent of it.

It seems to this court therefore that the court below erred in overruling the appellant's motion for a continuance.

Wherefore, the judgment is reversed and the cause remanded for further proceedings.

*Brown, for appellant.*

*Bodley & Simrall, for appellees.*